AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**JAMES WAYNE BROOKS**<br><br>*Defendant* | ) Case: 1:22-mj-00001<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 01/03/2022<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __JAMES WAYNE BROOKS__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: __01/03/2022__

*Issuing officer's signature*

G. Michael Harvey
2022.01.03 14:39:40 -05'00'

City and state: __Washington, D.C.__   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* __1/4/2022__, and the person was arrested on *(date)* __1/5/2022__
at *(city and state)* __JOHNSON CITY, TN__.

Date: __1/5/2022__

*Arresting officer's signature*

__RICHARD A. SMITH - FBI SPECIAL AGENT__
*Printed name and title*